UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Habbaz, Ralph R. and Celia        Case No.:    17-15539-CMG

Chapter:    7

Judge:    Christine M. Gravelle

**NOTICE OF PROPOSED ABANDONMENT**

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on July 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
66 Girard Avenue
West Long Branch, NJ

Valued at $350,000.00

Liens on property:

Fay Servicing
$235,512.00 and $21,991.00 escrow deficiency

PNC
$149,541.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 17-15539-CMG
Ralph R. Habbaz                                                     Chapter 7
Celia Habbaz
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Jun 09, 2017
                              Form ID: pdf905          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db/jdb        +Ralph R. Habbaz,   Celia Habbaz,   66 Girard Avenue,   West Long Branch, NJ 07764-1266
cr            +Hamilton Equity Group LLC,    PO Box 280,   Buffalo, NY 14201-0280
516714618      American Express,   c/o Jaffe & Asher,   600 Third Avenue,   8th Floor,   Freehold, NJ 07728
516714619     +American Express Gold Card,    c/o Jaffe & Asher, LLP,   600 third Avenue, 8th floor,
               New York, NY 10016-1901
516714620     +American Honda Finance Corporation,    c/o Synergetic Communication, Inc.,
               5450 N.W. Central #220,   Houston, TX 77092-2061
516714622      Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
516714621     +Bank of America,   c/o Hayt, Hayt & Landau, LLC,   Two Industrial Way West,
               Eatontown, NJ 07724-2265
516714624      Chase,   c/o Nationwide Credit Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
516714626      Chase Bank,   3415 Vision Drive OH4-7214,   West Long Branch, NJ 07764-1266
516714625     +Chase Bank,   c/o Jefferson Capital Systems, LLC,   PO Box 17210,   Golden, CO 80402-6020
516714628     +CitiBank, N.A.,   c/o Hoffman & Mancini, PC,   1814 East Route 70,   Suite 350,
               Cherry Hill, NJ 08003-2057
516714633     +FIA Card Services, N.a.,   c/o Gordon & Weinberg,   1001 East Hector Street,   Suite 220,
               Conshohocken, PA 19428-2395
516714630      Fay Servicing,   PO Box 619063,   Dallas, TX 75261-9063
516714631     +Federal National Mortgage Association,    c/o Stern Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
516714634     +Hamilton  Equity Group, LLC,   c/o Rupp, Baase, Pfalzgraf, Cunningham,   1600 Liberty Building,
               424 Main Street,   Buffalo, NY 14202-3694
516714635     +Hillel Yeshiva,   PO Box 2288,   Ocean, NJ 07712-2288
516714636     +Ilan High School,   82 Norwood Avenue,   Suite 3,   Deal, NJ 07723-1375
516714637     +MBNA America, N.A.,   c/o The Law Firm of Ryan E Calef & Assoc,
               1276 Veterans Highway, Suite E-1,   Bristol, PA 19007-2597
516714639      Monmouth Medical Center,   c/o RMB 409 Park Circle,   Knoxville, TN 37919
516714640     +Monmouth Medical Center,   c/o A Receivables Management,   PO Box 949,
               Eatontown, NJ 07724-0949
516714641      PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
516714643     #+The Law Firm orf Ryan E. Calef & Assoc.,   1276 Veterans Highway, E-1,   Bristol, PA 19007-2597
516714644     +Yeshiva of Flatbush,   919 East 10th Street,   Brooklyn, NY 11230-3585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2017 21:41:58     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2017 21:41:57     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516714623     +E-mail/Text: bankruptcy@certifiedcollection.com Jun 09 2017 21:41:56     BHMG-MMC NO BEHAVIORAL,
               c/o Certified Credit & Collection Bureau,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
516714627      E-mail/Text: cms-bk@cms-collect.com Jun 09 2017 21:41:55     CitiBank M.C.,
               c/o Capital Management Services,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
516714632     +E-mail/Text: fggbanko@fgny.com Jun 09 2017 21:41:50     FIA Card Services, N.A.,
               c/o Forster, Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
516714638     +E-mail/Text: ebn@barnabashealth.org Jun 09 2017 21:42:04     Monmouth Medical Center,
               PO Box 903,   Oceanport, NJ 07757-0903
516714642      E-mail/Text: bkrpt@retrievalmasters.com Jun 09 2017 21:41:57     Quest Diagnostics Inc.,
               c/o AMCA,   PO Box 1235,   Elmsford, NY 10523-0935
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516714629      Computer Business Solutions Inc.,   D/B/A Computer Business
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 09, 2017
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Joint Debtor Celia  Habbaz erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Ralph R. Habbaz erothesq@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```