Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−15539−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph R. Habbaz                                      Celia Habbaz
   66 Girard Avenue                                66 Girard Avenue
   West Long Branch, NJ 07764         West Long Branch, NJ 07764

Social Security No.:
   xxx−xx−1536                                         xxx−xx−2726

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 7, 2017</u>                <u>Christine M. Gravelle</u>
                                      Judge, United States Bankruptcy Court